

# NUMBER 13-19-00346-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ALLSTATE INDEMNITY COMPANY

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Benavides, Hinojosa, and Perkes**
**Per Curiam Order**

Relator Allstate Indemnity Company filed a petition for writ of mandamus and an unopposed motion for temporary relief and stay in the above cause on July 10, 2019. Through this original proceeding, relator seeks to compel the trial court to vacate its May 24, 2019 order striking relator's Chapter 18 counter-affidavit pertaining to medical expenses. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 18.001. Through its unopposed motion for temporary relief and stay, relator seeks to stay all trial court proceedings pending resolution of this matter.

The Court, having examined and fully considered the unopposed motion for temporary relief and stay, is of the opinion that the motion should be granted. The unopposed motion for temporary relief is GRANTED and the trial court proceedings are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Norma Alaniz, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
11th day of July, 2019.